Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Charles Scotchel, Jr., appeals the district court's order affirming the bankruptcy court's order sustaining the trustee's objection and finding that the entire amount of a contingency fee award was properly includable in Scotchel's bankruptcy estate. We have reviewed the record included on appeal, as well as the parties' briefs, and find no reversible error. Accordingly, we affirm on the reasoning of the courts below. *Scotchel v. Sheehan,* Nos. 1:13–cv–00161–IMK; 1:12–bk–00009, 2014 WL 823379 (N.D.W.Va. Mar. 3, 2014; June 25, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

**Cleide Ferreira De OLIVEIRA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 14–1373.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 28, 2014.

Decided: Nov. 14, 2014.

Cleide Ferreira de Oliveira, Petitioner Pro Se. Nicole J. Thomas–Dorris, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Petition dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cleide de Oliveira, a native and citizen of Brazil, petitions for review of an order of the Board of Immigration Appeals denying her motion to reopen. We have reviewed the administrative record and de Oliveira's claims and conclude that we lack jurisdiction over the petition for review. *See* 8 U.S.C. § 1252(a)(2)(B)(i), (a)(2)(D) (2012); *Sorcia v. Holder,* 643 F.3d 117, 124–25 (4th Cir.2011); *Mosere v. Mukasey,* 552 F.3d 397, 400–01 (4th Cir.2009). Accordingly, we grant the Attorney General's motion to dismiss the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED.*